AO 245D        (Rev. 12/03)  Sheet 1 - Judgment in a Criminal Case for Revocation

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 6 2011

at ___ 1 o'clock and ___ min. ___ M

SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA

v.

**RONALD W. SAVILLE**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)

Criminal Number:       **1:08CR00033-001**
USM Number:          95810-022

**William Domingo Esq.**

Defendant's Attorney

## THE DEFENDANT:

[✔]      admitted guilt to violation of condition ___General Condition___ of the term of supervision.

[ ]      was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]      The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:      **8584**

Defendant's Residence Address:
**Ewa Beach, Hawaii 96706**

Defendant's Mailing Address:
**Ewa Beach, Hawaii 96706**

SEPTEMBER 1, 2011

Date of Imposition of Sentence

Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, Chief United States District Judge

Name & Title of Judicial Officer

SEP 0 2 2011

Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER:        1:08CR00033-001                                      Judgment - Page 2 of 3
DEFENDANT:          RONALD W. SAVILLE

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | In or about June 2011 through July 2011, the subject engaged in conduct constituting Prostitution | |
| 2 | Between 8/18/11 and 8/19/11, the subject engaged in conduct constituting Communicating a Threat to Injure | |

AO 245B        (Rev. 6/05) Judgment in a Criminal Case
               Sheet 2 - Imprisonment

CASE NUMBER:          1:08CR00033-001                                  Judgment - Page 3 of 3
DEFENDANT:            RONALD W. SAVILLE

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: TWENTY FOUR (24) MONTHS

This term consists of TWENTY FOUR (24) MONTHS as to each case (CR 07-00043SOM-01 and CR 08-00033SOM-01) with sentences to run concurrently

[✔]     The court makes the following recommendations to the Bureau of Prisons:
        1) Medical Facility; 2) FDC Honolulu; 3) Updated mental health assessment if placed at a Medical Facility.

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

        Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

                                                        _____
                                                                    UNITED STATES MARSHAL

                                                By      _____
                                                                    Deputy U.S. Marshal